In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00422-CV**
_____

**OPTIMUS STEEL, LLC, Appellant**

**V.**

**KELAN HUGHES, Appellee**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. 24DCCV0938**

## MEMORANDUM OPINION

Optimus Steel, LLC, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 19, 2025
Opinion Delivered February 20, 2025

Before Golemon, C.J., Johnson and Wright, JJ.